## CAUSE NO. 3:23-CV-06603-TSH

| | | |
|---|---|---|
| US CAPITAL GLOBAL PARTNERS, LLC A DELAWARE LIMITED LIABILITY COMPANY | § § | UNITED STATES DISTRICT COURT |
| Plaintiffs, | § | |
| VS. | § | FOR THE |
| | § | |
| JOSE ALBERTO GONZALEZ, AN INDIVIDUAL, WEST RETAIL DEVELOPMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY AND VANTAGE BANK TEXAS, A TEXAS FINANCIAL INSTITUTION | § | |
| Defendant. | § | NORTHERN DISTRICT OF CALIFORNIA |

## RETURN OF SERVICE

### VANTAGE BANK TEXAS C/O REGISTERED AGENT JOHNATHAN R. TATE

"The following came to hand on **Dec 28, 2023, 11:50 am,**

**SUMMONS IN A CIVIL ACTION, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, DISCOVERY STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON, STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON, CIVIL COVER SHEET,**

and was executed at **1801 S 2ND ST, MCALLEN, TX 78503** within the county of **HIDALGO** at **10:33 AM** on **Wed, Jan 03 2024,** by delivering a true copy to the within named

**VANTAGE BANK TEXAS C/O REGISTERED AGENT JOHNATHAN R. TATE**

in person, having first endorsed the date of delivery on same.

**I also mailed documents by Fedex to 45 NE Loop 410 STE 500 San Antonio, Texas which was delivered on 01/04/2024 @ 4:00pm. Track number is 788828764399.**

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Eric Enim**, my date of birth is **08/05/1986**, and my address is **4801 Everhart Rd Unit 6901, Corpus Christi, TX 78411**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **NUECES** County, State of **TEXAS**, on **January 05, 2024.**

_____

**Eric Enim**
**Certification Number: PSC-4903**
**Certification Expiration: 04/30/2024**