AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-06603-TSH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   WEST RETAIL DEVELOPMENT INC.
was received by me on *(date)* December 26, 2023, 11:38 a.m.

☐ I personally served the summons on the individual at *(place)*
                                                       on *(date)*        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
    , a person of suitable age and discretion who resides there,
on *(date)*    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   MIKE HERNANDEZ Position: Superintendent   , who is designated by law to accept service of process on behalf of *(name of organization)*   WEST RETAIL DEVELOPMENT INC.,- executed at: 6100 Westside Drive, El Paso, Texas, 79932   on *(date)* December 27, 2023   ; or at ~9:30 A.M. RE

☐ I returned the summons unexecuted because    ; or

☐ Other *(specify)*:

My fees are $  Per Invoice   for travel and $   for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 12-28-2023
STATE OF Texas
COUNTY OF El Paso

Sworn to (or affirmed) and subscribed before me this 28th day of DEC, 2023, by Ruth Elam Eisenberg

Notary Public's Signature
Notary Name: David M. Checklerook
My Commission Expires on 06/15/2027

*Server's signature*

RUTH EISENBERG / Process Server / TX PSC: 16921 / EXP: 06-30-2025
*Printed name and title*

That I am a Process Server at:
ASAP PROCESS SERVICE
6112 N Mesa St., #6020, El Paso, Texas, 79912
Phone: (915) 229-4050 / Email: elpasoASAP@gmail.com
*Server's address*

Additional information regarding attempted service, etc:

• That I also delivered the following court document(s): SUMMONS IN A CIVIL ACTION with attached; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, DISCOVERY STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON and STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON. RE



DAVID CROOK
Notary Public, State of Texas
Comm. Expires 06-15-2027
Notary ID 134410350